# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143324

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DONTREL MARQUIS BIRGE, a/k/a
DONTRELL MARQUIS BIRGE,
     Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143324
COA: 303270
Ingham CC: 09-001284-FC

_____/

     On order of the Court, the application for leave to appeal the May 13, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

t0919